## STATE ex GRAY v ALWARD

Ohio Appeals, 5th Dist, Licking Co

Decided Jan 9, 1933

Fitzgibbon, Black & Fitzgibbon, Newark, for plaintiff in error.

Joseph Jones, Newark, for defendant in error.

For full opinion see 38 OLR 125, 185 NE 560, 44 Oh Ap 281.

## STATE ex NYE ODORLESS INCINERATOR CO v LUCKS

Ohio Appeals, 2nd Dist, Franklin Co

No 2508.   Decided Nov 9, 1934

James I. Boulger, Columbus, and Frank A. Hunter, Columbus, for plaintiff in error.

John L. Davies, City Attorney, Columbus, and E. W. McCormick, First Asst. City Atty., Columbus, for defendant in error.